**FILED**

April 07, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ sec
DEPUTY

**SEALED**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

UNITED STATES OF AMERICA
**Plaintiff**

v

WILLIAM LAUGHLIN HARP (1)
HISHAM MITWALLY (2)
**Defendants**

CASE NO.: A-26-CR-010-RP

**SUPERSEDING INDICTMENT**

[Ct. 1:  21 U.S.C. §§ 846 and 841(a)(1) & (b)(1)(B) – Conspiracy to Possess with Intent to Distribute Controlled Substances]

Notice of Government's Demand for Forfeiture

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Conspiracy to Possess with Intent to Distribute a Controlled Substance
### [21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)]

On or about between April 2024 and October 8, 2025, in the Western District of Texas,

Defendants,

### WILLIAM LAUGHLIN HARP
### and
### HISHAM MITWALLY,

did knowingly and intentionally combine, conspire, confederate and agree together and with each

other, and with persons known and unknown to the Grand Jury, to possess with intent to distribute

more than 500 grams of a mixture and substance containing a detectable amount of cocaine and

more than 100 kilograms of a mixture and substance containing a detectable amount of marijuana,

each controlled substances.

In violation of 21 U.S.C. §§ 846 and 841(a)(1) and 841(b)(1)(B).

### NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
*[See* **Fed. R. Crim. P. 32.2]**

**I.**
### Drug Violation and Forfeiture Statutes
**[Title 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(B),
subject to forfeiture pursuant to Title 21 U.S.C. § 853(a)(1) and (2)]**

As a result of the criminal violations set forth above, the United States gives notice to the

Defendants of its intent to seek the forfeiture of the property listed below upon conviction pursuant

to FED. R. CRIM. P. 32.2 and Title 21 U.S.C. § 853(a)(1) and (2), which state:

> **Title 21 U.S.C. § 853.  Criminal Forfeitures**
> **(a) Property subject to criminal forfeiture**
>      * * *
>
> **(1)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation;
> **(2)** any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

This Notice of Demand of Forfeiture includes but is not limited to the Property and Money

Judgment described in Paragraphs II and III.

**II.**
### Property

1. $242,838.00, more or less, in United States currency;
2. $1,330.00, more or less, in United States currency;
3. $105,668.75 in funds on deposit in University Federal Credit Union Account No. ending in 5265;
4. Audemars Piguet, model Royal Oak, chronograph automatic watch, SN: GP6482Y;
5. Audermars Piguet, model Royal Oak, automatic watch, SN: NH6377F-AS5229;
6. Audemars Piguet, model Royal Oak, automatic watch, SN: K63521;
7. Rolex, model 126622-0001, Yacht-Master 40 automatic watch, SN: 09445IJ2;
8. Rolex, model 228236-0012, Day Date automatic watch, SN: NL199837;
9. Rolex, model 126333-0016, Date Just automatic watch, SN: P1384273;
10. Rolex, model 116718, GMT Master II automatic watch, SN: 80L508Q3;
11. Breitling, model UB2010, Super Ocean Heritage B20 automatic watch, SN: 5268992;
12. Breitling, model A1732124/G717, Super Ocean Heritage automatic watch, SN: 1612513;
13. Nine Assorted American Gold Eagle coins;
14. $5,141.10 in funds on deposit in Texas Trust Credit Union Account No. ending in 1116 ;
15. $30,787.00 in funds on deposit in Venmo/PayPal Account No. ending in 3998;
16. 2015 Lamborghini Aventador LP 700-4, VIN: ZHWUR1ZD6FLA03134;

17. 2021 Bentley Bentayga Speed, VIN: SJAAR2ZV1MC036306;

18. $26,954.49 in funds on deposit in JPMorgan Chase Bank, N.A. Account No. ending in 7895; and

19. $665.69 in funds on deposit in Cash App Account No. ending in pm1w.

### III.
### Money Judgment

A sum of money that represents the amount of proceeds obtained by the Defendants, directly or indirectly, as a result of the offenses set forth above, and the value of property used to facilitate, or intended to be used to facilitate the commission of the offense, for which the Defendants are solely liable.

### Substitute Assets

If any of the above-described forfeitable property, as a result of any act or omission of the Defendants:

|   |   |
|---|---|
| a. | cannot be located upon the exercise of due diligence; |
| b. | has been transferred or sold to, or deposited with, a third person; |
| c. | has been placed beyond the jurisdiction of the Court; |
| d. | has been substantially diminished in value; or |
| e. | has been commingled with other property which cannot be subdivided without difficulty; |

it is the intent of the United States to seek forfeiture, pursuant to Title 21 U.S.C. § 853(p), as

incorporated by Title 28 U.S.C. § 2461(c), of any other property of said Defendants up to the value of the forfeitable property.

A TRUE BILL

███████████████

FOREPERSON

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: _____
FOR: GRANT SPARKS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

April 07, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ sec
DEPUTY

UNITED STATES OF AMERICA
**Plaintiff**

v

**(2) HISHAM MITWALLY**
**Defendant**

CASE NO: A-26-CR-010-RP

## ORDER FOR BENCH WARRANT AND
## SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below named defendant,

it is hereby ORDERED that warrant issue for the arrest of said defendant, and bail is hereby fixed

in the amount shown below, returnable instanter to the Austin, Texas Division of this Court, such

bail to be taken by any United States Magistrate Judge.

| Defendant | Amount of Bail |
|---|---|
| **HISHAM MITWALLY** | Based upon the request of the U.S. Attorney, it is recommended that the defendant be detained until a hearing pursuant to 18 U.S.C. § 3142 can be held. |

SIGNED at __Austin__, Texas, this _7th_ day of _April_, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v. | ) ) ) ) ) ) ) | Case No.  1:26-cr-010-RP |
| HISHAM MITWALLY (2)<br>*Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Count 1 -- 21 USC 846 and 841(a)(1)&(b)(1)(B) – Conspiracy to Possess with Intent to Distribute Controlled Substances.

Date:  04/07/2026 _____          _____
                                                                    *Issuing officer's signature*

City and state:   Austin, Texas _____          Susan Hightower, United States Magistrate Judge
                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ .<br><br>Date: _____                    _____<br>                                                                         *Arresting officer's signature*<br><br>                                                                         _____<br>                                                                         *Printed name and title* |